

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-15-2009

# Mikula v. Allegheny

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4023

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

## Recommended Citation

"Mikula v. Allegheny" (2009). *2009 Decisions*. Paper 1362.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1362

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-4023

_____

MARY LOU MIKULA,

Appellant

v.

ALLEGHENY COUNTY OF PENNSYLVANIA

_____

SUR PETITION FOR PANEL REHEARING

_____

Present: BARRY, SMITH, and GARTH, <u>Circuit</u> <u>Judges</u>


     Upon consideration of the petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ADJUDGED that the petition for panel rehearing is GRANTED.

BY THE COURT,

 /s/ D. Brooks Smith
Circuit Judge

DATED: May 15, 2009
tmk/cc: Dina R. Lassow, Esq.
      Caroline P. Liebenguth, Esq.

A True Copy:

Marcia M. Waldron
Marcia M. Waldron, Clerk